611 A.2d 643

**BROCKWAY GLASS COMPANY, PLAINTIFF–PETITIONER,
v. TOWNSHIP OF FREEHOLD, DEFENDANT–
RESPONDENT.**

April 30, 1992.

Petition for certification is granted and the matter is summarily remanded to the Tax Court for reconsideration in light of *Ford Motor Company v. Township of Edison,* 127 *N.J.* 290, 604 *A.*2d 580 (1992).

Jurisdiction is not retained.

611 A.2d 643

**STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JORGE Y. GOMEZ, DEFENDANT–PETITIONER.**

April 30, 1992.

Petition for certification is granted, and the matter is summarily remanded to the Law Division for resentencing in light of *State v. David Dillihay,* 127 *N.J.* 42, 601 *A.*2d 1149 (1992).

Jurisdiction is not retained.

611 A.2d 644

**STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LUIS GUZMAN, DEFENDANT–PETITIONER.**

April 30, 1992.

Petition for certification is granted, and the matter is summarily remanded to the Law Division for resentencing in light of *State v. Dillihay,* 127 *N.J.* 42, 601 *A.*2d 1149 (1992).

Jurisdiction is not retained.